# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2019

157829

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

ABSOLEM STEVEN-JAMAR THOMAS,
    Defendant-Appellant.

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 157829
COA: 340555
Kent CC: 10-002817-FH

_____/

On order of the Court, the application for leave to appeal the May 30, 2018 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2019



Clerk

t0225